■ The People of the State of New York, Respondent, v Chester Burns, Appellant. [18 NYS3d 852]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Bonnie Wittner, J.), rendered on or about December 9, 2011, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Mazzarelli, J.P., Renwick, Saxe and Moskowitz, JJ.